AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>JHYAIRE EVANS<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No.   1:26-mj-537 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 30, 2026_____ in the county of _____Hamilton_____ in the

___Southern___ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Possession of a Machinegun |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

ELENA SCHMITT   Digitally signed by ELENA SCHMITT
Date: 2026.07.01 15:36:19 -04'00'

*Complainant's signature*

Elena Schmitt, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date:   **Jul 1, 2026**

Karen L. Litkovitz
United States Magistrate Judge

City and state:   _____Cincinnati, Ohio_____

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Elena Schmitt, being duly sworn, depose and state as follows:

1. I make this affidavit in support of a criminal complaint pursuant to Rule 4 of the Federal Rules of Criminal Procedure, Charging JHYAIRE EVANS with a violation of 18 U.S.C. 922(o), Possession of a Machine Gun Conversion Device, which makes it a federal felony for any private individual to transfer or possess a machine gun, unless it was lawfully registered before May 19, 1986.

2. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been so designated since 2022.  Prior to my employment with ATF, I was a corporate security professional in Cincinnati, Ohio.

3. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Special Agent (S/A), I am familiar with Federal Firearm criminal laws and other violations of Federal law, including gang, racketeering, and violence-related offenses. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

4. I have received training in narcotics, gang, and firearms investigative techniques, firearm laws and regulations, as well as training in electronic surveillance methods.  I have participated in numerous investigations involving the illegal possession of firearms, firearms trafficking, and firearms related violent crime.

5. I have received training in electronic surveillance techniques and analysis of digital evidence. I have experience in the investigation, apprehension, and prosecution of individuals suspected of being involved in federal firearms offenses and offenses of violence.

6. Machinegun Conversion Devices (MCD), colloquially referred to as a "Glock Switch, Switch, or Button" are devices that convert a standard Glock firearm into an automatic weapon.  A "Glock Switch" is not manufactured by Glock, Inc. A Glock handgun, when equipped with a MCD, is able to discharge multiple rounds of ammunition automatically with a single pull of the trigger.  There is a national, escalating trend of, not only commissioners of violent crimes utilizing Machinegun Conversion Devices, but also, law enforcement recoveries of MCD's from individuals and criminal organizations.  Between 2017 and 2021, ATF recovered 5,545 machinegun conversion devices, a 570% increase

1

compared to 2012-2016.[1] In calendar year 2023, there was a 314% increase in violent crime related to machinegun conversion devices traces from the previous year.[2]

7. The facts in this affidavit come from my personal observations, training, and experience. This also includes, but is not limited to, information obtained from other Special Agents, informants, suspects, co-conspirators, and/or local law enforcement officers.  I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation. I gathered additional information via discussions with other ATF Agents, local law enforcement agencies, and from my review of records and reports relating to the investigation. This affidavit intends to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth herein are based on investigations by federal special agents and local law enforcement officers, hereafter collectively referred to as "Agents."  They are also based upon the undercover efforts of confidential sources and undercover agents.

**PROBABLE CAUSE**

8. The law enforcement community identified JHYAIRE EVANS as a potential firearms trafficker and dealer of illicit Machinegun Conversion Devices.  This is due to EVANS' known gang affiliation, open-source social media posts, and information from reliable confidential informants (CI).

9. In March of 2026, Cincinnati Police Department (CPD) District 2 (D2) Violent Crime Squad (VCS) Officer Benjamin Farwick received information from a Cincinnati CI that EVANS is a firearm trafficker and has been selling Glock Switches to other Piru Blood Gang members in the Evanston neighborhood, located in the Southern District of Ohio.

10. In March of 2026, CPD Officer Farwick identified the Meta Platforms, Inc. Instagram account **"topshiest_"**, assigned the Instagram ID# 59983917434, is associated with JHYAIRE EVANS. This account is publicly accessible.

11. On April 24, 2026, CPD VCS Officer Carmen Auble was conducting open-source surveillance on aforementioned Instagram account associated with EVANS, **"topshiest_"**.  CPD Officer Auble observed a post, showing EVANS' face, holding a firearm with what appeared to be a MCD affixed to the rear of the slide of the firearm - shown below:

---

[1] *National Firearms Commerce and Trafficking Assessment (NFCTA): Firearms Trafficking Investigations – Volume Two Report – Part VII: recommendations and Future Enhancements,* BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES 4, https://www.atf.gov/firearms/docs/report/nfcta-volume-ii-part-vii-recommendations (last visited July 1, 2026).

[2] This information was obtained from the ATF, Office of Intelligence Operations, Criminal Intelligence Division.

2



12. The law enforcement community continued to monitor the social media accounts of EVANS as well as EVANS' known associates.

13. On May 19, 2026, the Instagram account associated with EVANS, **"topshiest_"**, posted "TTopp of the morning yk whats TToppin fillin all orders lets do it" – shown below. Through my training and experience I understand this language to be consistent with advertising the sale of marijuana/drugs.



14. On May 26, 2026, the Instagram associated with EVANS, **"topshiest_"**, displayed a post that was publicly available and viewed by law enforcement.  In this post, **"topshiest_"** advertised the sale of a Glock 19 (9mm handgun) with a fifty (50) round drum magazine and a "button" attached for $1100 on his public Instagram account – shown below. I know through my training and experience that the term "button" is street slang for a "Glock Switch."

4



15. Based upon consistent monitoring by law enforcement of the Instagram account associated with EVANS, **"topshiest_"**, it is clear firearms and illicit MCDs are being offered for sale.  As a result, CPD Officer Farwick obtained a state court search warrant, through the Hamilton County Court of Common Pleas, for the account associated with Meta Platforms, Inc. ID #59983917434, **"topshiest_"**.  This warrant requested historical location information ranging between May 18, 2026, through June 18, 2026.

16. On June 23, 2026, CPD Officers conducting electronic surveillance observed the Instagram account associated with Evans, **"topshiest_"** post a public photograph containing large amounts of marijuana, stored in clear bags on a brown couch – shown below:



17. On June 23, 2026, CPD officers, conducting covert surveillance, physically observed EVANS to be inside of the residence at 3549 Lossing Street, Cincinnati, OH 45220. This is consistent with law enforcement's electronic surveillance, which places EVANS in this area on a daily basis from June 23, 2026, to June 30, 2026.

18. On June 26, 2026, CPD officers were conducting covert surveillance at 3549 Lossing Street. Based on physical and electronic surveillance observations, CPD officers believed EVANS to be inside this residence. While conducting surveillance, officers witnessed an associate of EVANS' deliver a bag to the residence. Officers suspect the bag delivered to EVANS contained contraband.

19. After observing the bag delivery to 3549 Lossing Street, CPD officers monitored EVANS' Instagram account. On June 26, 2026, at 12:13pm, **"topshiest_"** posted an Instagram story displaying a large amount of marijuana along with a watch which officers know belongs to EVANS  – shown below:

6

 

20. On June 29, 2026, after continued surveillance of both EVANS' residence and the **"topshiest_"** Instagram account, CPD officers applied for and obtained a search warrant for 3549 Lossing Street, Cincinnati, Ohio 45220 and the body of JHYAIRE EVANS.

21. On June 30, 2026, CPD D2 VCS and CPD Crime Gun Intelligence Center (CGIC) officers executed the search warrant at 3549 Lossing Street, Cincinnati, Ohio, the residence of EVANS. From the search warrant the following was recovered:
    a. Black Taurus TX and 5 magazines
    b. Flip Phone
    c. Marijuana Baggies
    d. Ammunition
    e. Wristwatch
    f. Digital Scale
    g. Marijuana Bags
    h. Marijuana, Gray Phone
    i. MCDs/Glock Switches
    j. Box of ammo and miscellaneous gun accessories
    k. Black Sling Bag
    l. US Currency
    m. Black Taurus G2
    n. Black Smith Rifle
    o. Marijuana packaging material
    p. Taurus Handgun Box w/ receipt
    q. Red iPhone (Miracle Gilbert)
    r. .22 caliber black magazine

     s. Marijuana

     t. Smith and Wesson Gun Box w/ receipt

     u. Kel Tec Gun Box w/ Receipt

     v. Ammunition, Receipts, and Magazines

     w. Magazines, white iPhone

22. The bedroom attributed to EVANS contained a crossbody bag that EVANS has possessed in several **"topshiest_"** Instagram posts similar to the one below:



23. Inside EVANS' crossbody bag was a machine gun conversion device – shown below:



24. Also in EVANS' bedroom police recovered the distinctive watch that is referenced in paragraph 19 and shown below:

8



25. All of the events described above occurred in the Southern District of Ohio.

## CONCLUSION

26. Based on my training and experience, I believe that EVANS knowingly possessed the machine gun conversion device recovered inside the crossbody bag, located in EVANS' bedroom.  My belief is based upon my observations of EVANS in possession of the same crossbody bag as well as intelligence the law enforcement community has received about EVANS selling machine gun conversion devices.

27. For the reasons stated above, I submit that there is probable cause to believe that on June 30, 2026, in the Southern District of Ohio, JHYAIRE EVANS committed a violation of 18 U.S.C. § 922(o), Possession of a Machinegun.

ELENA SCHMITT  Digitally signed by ELENA SCHMITT
Date: 2026.07.01 15:36:33 -04'00'

Elena Schmitt
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on July 1, 2026.

9

Karen L. Litkovitz
United States Magistrate Judge